# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SAMUEL EARL NORWOOD JR.,** | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-24-457-G |
| | ) |
| **STATE OF OKLAHOMA,** | ) |
| | ) |
|    Respondent. | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Amanda Maxfield Green on May 20, 2024. Judge Green recommends that Petitioner's application for leave to proceed *in forma pauperis* be denied because Petitioner has sufficient funds to pay the $5.00 filing fee. Within the time period for a written objection, Petitioner has paid the required $5.00 fee. *See* Doc. No. 7. Accordingly, the Court finds that Petitioner's *in forma pauperis* application is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation (Doc. No. 6) is ADOPTED, and Petitioner's application (Doc. No. 5) is DENIED.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Green for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 12th day of June, 2024.

*(signed)* CHARLES B. GOODWIN
United States District Judge